THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES C. SPENCER, Respondent, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants.

Argued February 23, 1939; decided March 7, 1939.

*John J. Bennett, Jr., Attorney-General* (*Victor F. Boire* of counsel), for appellants.

*Hayden H. Dadd* for respondent.

Order of the Appellate Division reversed and that of the Trial and Special Term affirmed on the ground that the determination of the Appellate Division is against the weight of the evidence and relator remanded to custody. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.